Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Emily K. Sauter (SBN 256679)
emily.sauter@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VAPOR LABS, INC., a California corporation, and J VAPES LLC, an Arizona corporation,<br><br>Defendant. | Case No. SACV13-01900 AG (JPRx)<br><br>**PLAINTIFF'S NOTICE OF LODGING [PROPOSED] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST VAPOR LABS, INC. AND J VAPES LLC**<br><br>Hon. Andrew J. Guilford |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Monster Energy Company hereby lodges and requests entry of the attached [Proposed] Final Consent Judgment and Permanent Injunction against Defendants Vapor Labs, Inc. and J Vapes LLC.

                                      Respectfully submitted,

                                      KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 30, 2014       By: /s/ *Matthew S. Bellinger*
                                            Lynda J. Zadra-Symes
                                            Matthew S. Bellinger
                                            Emily K. Sauter

                                            Attorneys for Plaintiff
                                            MONSTER ENERGY COMPANY

# CERTIFICATE OF SERVICE

I declare that I am over the age of 18 and that I am not a party to the above-captioned action. My business address is 2040 Main Street, Irvine, CA 92614. On January 30, 2014, I served by first-class mail and electronic mail the foregoing document, described as: **PLAINTIFF'S NOTICE OF LODGING [PROPOSED] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST VAPOR LABS, INC. AND J VAPES LLC**.

I am readily familiar with my firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid in Irvine, California. I enclosed the document listed above in sealed envelopes addressed to the persons listed below, and I placed the envelope for collection and mailing following my firm's ordinary business practices, addressed as follows:

**Defendants**

Mary Nguyen, Esq.
Law Offices of Mary Nguyen
17500 Red Hill Ave., Suite 230
Irvine, CA 92614

Dennis Connelly, Esq.
LAW OFFICE OF DENNIS CONNELLY
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663

I also served an electronic copy of the document described above by transmitting it to the following email addresses:

monguyen@aol.com       socalesquire@gmail.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 30, 2014, at Irvine, California.

_Consuelo Gutierrez_
Consuelo Gutierrez